IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON TOBIN,

    Petitioner,                    No. CIV. S-10-2141 FCD GGH P

    vs.

GARY SWARTHOUT,

    Respondent.                <u>ORDER</u>

_____/

        Pursuant to the Order, filed on August 31, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $5.00 filing fee within twenty-eight days. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner was granted an extension of time to submit the filing fee or a completed in forma pauperis application by Order, filed on September 27, 2010. Court records indicate that, on September 29, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: October 8, 2010              /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
tobi2141.fee